*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV6310　　　　　Assigned/Issued By: DAJ

Judge Name: 　　　　　Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*　　☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☐ No Fee　　☐ Other _____

☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*

☑ Citation to Discover Assets　　　　☐ Other

☐ Writ _____　　_____
　　*(Type of Writ)*　　　　　　　　　*(Type of issuance)*

2 Original and 2 copies on 05/13/10 as to _____
　　　　　　　　　　　　　　　*(Date)*
FLOM'S CORPORATION C/O DONALD HRCKA, FLOM'S CORPORATION C/O DAVID

LIBERMAN.  NO NOTICES